# FLORIDA SUPREME COURT

# NOTICE OF CORRECTION

**DATE:** April 25, 2024

**CASE OF:** In Re: Amendments to Florida Rules of General Practice and Judicial Administration

**DOCKET NO.:** SC2023-0837

**OPINION FILED:** March 21, 2024

**ATTENTION: ALL PUBLISHERS**

**THE FOLLOWING CORRECTIONS HAVE BEEN MADE IN THE ABOVE OPINION:**

On p. 4, line 7, "(f)" is changed to "(g)".
On p. 4, line 12, "(f)" is changed to "(g)".
On p. 4, line 18, "(f)" is changed to "(g)".
On p. 13, line 28, deleted the struck-through word "shall" and removed underline from "must".
On p. 13, line 29, deleted the struck-through word "shall" and removed underline from "must".
On p. 14, line 1, deleted the struck-through word "shall" and removed underline from "must".
On p. 14, line 5, deleted the struck-through space and struck-through word "shall"; added the word "must" after the word "court"; and deleted the underlined "s" in "submits".
On p. 14, line 8, deleted the struck-through word "shall" and the struck-through space after "shall"; added the word "must" after "court"; and deleted the underlined "s" in "sends".
On p. 14, line 11, deleted the struck-through word "shall" and removed underline from "must".
On p. 14, line 15, deleted the struck-through word "shall" and removed underline from "must".
On p. 14, line 17, deleted the struck-through word "shall" and removed underline from "must".

On p. 14, line 20, deleted the struck-through word "shall" and the struck-through space before "shall"; added the word "must" after "court"; and deleted the underlined "s" in "considers".

On p. 14, line 25, deleted the struck-through word "shall" and removed underline from "must".

On p. 14, line 31, deleted the struck-through word "shall" and removed underline from "must".

On p. 15, line 6, struck-through the space after the struck-through word "court"; and replaced the struck-through word "shall" with the struck-through word "must".

On p. 15, line 9, deleted the struck-through word "shall" and removed underline from "must".

On p. 15, line 10, deleted the strike-through of space after "copies" and the struck-through words "shall be"; and the words "must be" were added before "provided".

On p. 15, lines 11-12, changed the word "may" to "must"; deleted the struck-through words "provide for the publication of"; and added the words "on the circuit's website" after the words "local court rules".

On p. 15, line 13, deleted the struck-through word "shall" and removed underline from "must".

On p. 15, line 14, removed strike-through from the word "the"; deleted the underlined words "The Florida Bar's"; and removed strike-through formatting from the words "of The Florida Bar."

On p. 15, line 21, deleted the struck-through word "shall" and removed underline from "must".

On p. 15, line 22, deleted the struck-through word "shall" and removed underline from "must".

On p. 15, line 28, the struck-through word "shall" was replaced with the struck-through word "must".

On p. 15, line 30, deleted the struck-through word "shall" and removed underline from "must".

On p. 15, lines 31, the struck-through word "shall" was changed to "must"; strike-through formatting was removed from the word "be" and the space after "be".

On p. 15, line 33, the sentence "The chief judge of the circuit must publish all administrative orders of a general and continuing nature on the circuit's website." was added after the word "duplication."

On p. 15, line 35, deleted the struck-through word "shall" and removed underline from "must".

On p. 16, line 4, deleted the struck-through word "shall" and removed underline from "must".

On p. 16, line 6, "(f) Individual and Divisional Practices and Procedures." was added in bold, and "Every judge who establishes practices or procedures that apply only when appearing before that specific judge must publish those practices and procedures on the circuit's website. Each division of court that establishes practices and procedures that apply in that division of court must publish those practices and procedures on the circuit's website. No judge or division may establish a practice or procedure that requires attorneys or parties to communicate with the court solely by written letter. Neither a division nor a judge may establish practices or procedures that contradict established law or rule of procedure. The chief judge of each circuit should establish procedures to ensure compliance with the subdivision." was added.

On p. 16, line 18, "(f)" was changed to "(g)".

On p. 16, line 32, "(g)" was changed to "(h)".

On p. 17, line 3, deleted the struck-through word "shall" and removed underline from "must".

On p. 17, line 12, "(h)" was changed to "(i)"; and replaced text of (i) with "[No Change]".

On p. 17, line 13, "(i)" was changed to "(j)".

On p. 17, line 15, deleted the struck-through word "shall" and removed underline from "must".

On p. 17, line 18, deleted the struck-through word "shall" and removed underline from "must".

On p. 17, line 21, deleted the struck-through words "shall be" and removed underline from "is".

**SIGNED: OPINION CLERK**